Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marco Verch )
 )  Case No: 3:19-cv-5098
 )
          Plaintiff(s), )
 )  **APPLICATION FOR**
   v. )  **ADMISSION OF ATTORNEY**
 )  **PRO HAC VICE**
121 Silicon Valley, Inc. )  (CIVIL LOCAL RULE 11-3)
 )
          Defendant(s). )

I, Richard Liebowitz, an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Marco Verch in the above-entitled action. My local co-counsel in this case is Gregory Goonan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| --- | --- |
| Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, NY 11580 | The Affinity Law Group 5230 Carroll Canyon Road, Suite 230, San Diego, CA 92121 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 516-233-1660 | 619-990-7077 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| RL@LiebowitzLawFirm.com | GGoonan@Affinity-Law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: RL1234.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/3/2019                                    Richard Liebowitz
                                                            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Richard Liebowitz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: **October 4, 2019**

                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                                    **Thomas S. Hixson, U.S. Magistrate Judge**

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

　　　　RICHARD　P　LIEBOWITZ　　　　, Bar # 　　　RL1234　　　

was duly admitted to practice in the Court on

　　　　　　　October 20, 2015　　　　　　　

and is in good standing as a member of the Bar of this Court

Dated at  
　　500 Pearl St.  
　　New York, New York

On 　　　September 11, 2019　　　

　Ruby J. Krajick　  
　Clerk of Court

By *Wayne Bowman* (signature)  
　Deputy Clerk