KENNETH M. WEINFIELD, Of Counsel (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE: 650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Defendant 121 Silicon Valley, Inc.

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>121 SILICON VALLEY, INC.,<br><br>　　　　　　Defendant. | Case No. 19-cv-05098-TSH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF** |

The motion of defendant 121 Silicon Valley, Inc. for administrative relief filed on October 24, 2019 is pending before this Court.  Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The *pro hac vice* status of plaintiff's counsel, Richard Liebowitz, in this matter is hereby revoked;

2. Defendant's waiver of service filed with the Court on September8, 2019 is hereby rescinded, and service of process is accordingly revoked;

3. All further proceedings in this action shall be stayed until the propriety of Mr. Liebowitz appearance in this matter is adjudicated; and

//

//

//

4. That Mr. Liebowitz shall pay $3,500 in sanctions to defendant for violating the rules of this Court.

IT IS SO ORDERED.

Dated: October __. 2019

                                                                                           _____
                                                                                           HON. THOMAS S. HIXSON