KENNETH M. WEINFIELD, Of Counsel (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Defendant 121 Silicon Valley, Inc.

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>                    Plaintiff,<br><br>v.<br><br>121 SILICON VALLEY, INC.,<br><br>                    Defendant. | Case No. 19-cv-05098-TSH<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT 121 SILICON VALLEY, INC. TO DISMISS**<br><br>**DATE:**  December 12, 2019<br>**TIME:**  10:00 a.m.<br>**COURTROOM:**  A, 15th Floor<br>**JUDGE:**  Hon. Thomas S. Hixson |

The motion of defendant 121 Silicon Valley, Inc. to dismiss this action under Rule 12(b)(6) of the Federal Rules of Civil Procedure came on regularly for hearing on December 12, 2019.  After considering the arguments of counsel and good cause appearing, IT IS HEREBY ORDERED that this action be, and hereby is, dismissed with prejudice.

Dated: December __, 2019

_____
HON. THOMAS S. HIXSON