KENNETH M. WEINFIELD, Of Counsel (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE: 650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Defendant 121 Silicon Valley, Inc.

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| MARCO VERCH,<br><br>           Plaintiff,<br><br>v.<br><br>121 SILICON VALLEY, INC.,<br><br>           Defendant. | Case No. 19-cv-05098-VC<br><br>**DECLARATION OF KENNETH M. WEINFIELD IN SUPPORT OF UPDATED MOTION FOR ADMINISTRATIVE RELIEF** |
|---|---|

I, Kenneth M. Weinfield, declare as follows:

1.  I am one of the attorneys representing defendant 121 Silicon Valley, Inc. in this matter. The following is based upon my personal knowledge except where stated on information and belief. If called to testify, I would so state.

2.  Attached hereto as Exhibit A is a true and correct copy of an Order of Disbarment of plaintiff's counsel, Richard Liebowitz, issued by Judge Donato on October 7, 2019.

3.  Attached hereto as Exhibit B is a true and correct copy of a PACER search for cases involving Mr. Liebowitz in the Northern District of California database.  It shows that he has approximately two dozen cases pending in the Northern District.

4.  A true and correct copy of a decision from the Southern District of New York describing Mr. Liebowitz as a "copyright troll."  is attached as Exhibit C.  According to that decision, he filed

over 700 copyright cases in that district within a two year period. As is evident in this case, his approach is apparently to file infringement actions over trivial misuses of photographs found on the Internet, and then demand large sums of money in settlement.

5. Earlier this year, Mr. Liebowtiz began filing similar lawsuits nationwide, including the instant one. A true and correct copy of a professional publication summarizing his actions is attached hereto as Exhibit D.

6. Mr. Liebowitz purported to serve discovery requests on defendant's counsel prior to the time permitted for doing so under Rule 26. He is seeking to take wide-ranging discovery in this matter, the expense of which would dwarf the maximum conceivable damage award. His goal, apparently, is to generate large amounts of attorneys' fees which he could then seek to recover pursuant to statute.

7. Prior to applying for *pro hac vice* status, Mr. Liebowitz contacted the undersigned to request that defendant waive service of process in this matter. In part to foster a positive atmosphere for settlement discussions and keep costs to a minimum, I provided a signed waiver to Mr. Liebowitz, who filed it with the Court on September 8, 2019. Instead of reciprocating this courtesy, Mr. Liebowitz sent multiple purported discovery requests to the undersigned prior to the date allowed for such activity under FRCP 26.

8. Judge Donato is apparently contemplating further action with regard to Mr. Liebowitz's ability to practice in this district. Attached hereto as Exhibit E is a true and correct copy of an order entered by Judge Donato on October 17, 2019. Attached hereto as Exhibit F is a true and correct copy of a Declaration filed by Mr. Liebowitz on November 4, 2019 in response to the latter order.

9. On several occasions, I brought the matters set forth above to Mr. Liebowitz's attention, requesting that he voluntarily dismiss the action. His response was to claim that he was entitled to proceed due to his *pro hac vice* status.

10. To date, defendant has incurred in excess of $3,500 in attorneys' fees to investigate this matter and prepare the instant motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 8, 2019

/s/
_____
KENNETH M. WEINFIELD