# Select A Case

### Richard P Liebowitz is an attorney in 21 cases.

| | | |
|---|---|---|
| [3:19-cv-04827-CRB](#) | Parisienne v. Gatechina, Inc. | filed 08/14/19 |
| [3:19-cv-05098-TSH](#) | Verch v. 121 Silicon Valley, Inc. | filed 08/17/19 |
| [3:19-cv-05616-JCS](#) | Zharkov v. 3DBIN, Inc. et al | filed 09/05/19 |
| [3:19-cv-06099-SK](#) | Masi v. The Young Turks, Inc. | filed 09/25/19 |
| [3:19-mc-80228-JD](#) | In the Matter of Richard P. Liebowitz - NY SBN 5357702 | filed 09/20/19 |
| [4:19-cv-04701-PJH](#) | Zlozower v. Amoeba Music Inc. | filed 08/12/19 |
| [4:19-cv-04829-JST](#) | Harbus v. B3 Media, LLC | filed 08/14/19 |
| [4:19-cv-05423-JSW](#) | Westerkamp v. National Association of Social Workers | filed 08/28/19 |
| [4:19-cv-05743-YGR](#) | Stokes v. Moby Dick Bar | filed 09/12/19 |
| [4:19-cv-05858-JSW](#) | Kuhmstedt v. Livingly Media, Inc. | filed 09/19/19 |
| [4:19-cv-06417-JST](#) | Alvarado v. Mother Jones, LLC | filed 10/07/19 |
| [4:19-cv-06499-KAW](#) | Hames v. The Roxie Theater | filed 10/09/19 |
| 5:19-cv-00297- | Adlife Marketing & Communications Company, Inc. v. | filed 01/17/19 |

| | | |
|---|---|---|
| LHK | Popsugar Inc. | |
| 5:19-cv-04753-LHK | Singer v. Pixel Labs, Inc. | filed 08/13/19  closed 09/08/19 |
| 5:19-cv-04826-EJD | Chevrestt v. SFG Media Group, LLC | filed 08/14/19  closed 09/09/19 |
| 5:19-cv-05099-EJD | Verch v. Duetto Research, Inc. | filed 08/17/19 |
| 5:19-cv-05202-VKD | Tabak v. ABS-CBN International | filed 08/20/19 |
| 5:19-cv-05233-BLF | Seidman v. Shareably Media, LLC | filed 08/22/19 |
| 5:19-cv-05424-SVK | Santos v. Los Angeles Times Communications LLC | filed 08/28/19 |
| 5:19-cv-05859-LHK | Johnson v. Historic Railroad Square Association | filed 09/19/19 |
| 5:19-cv-06465-SVK | Geerds v. San Francisco Bay View Inc. | filed 10/08/19 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/21/2019 16:14:13 | | | |
| PACER Login: | gc0401:2553240:0 | Client Code: | 16-5993 |
| Description: | Search | Search Criteria: | Last Name: Liebowitz First Name: Richard Type: aty |
| Billable Pages: | 1 | Cost: | 0.10 |