

Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# As 'Copyright Troll' Turns National, Will Blowback Follow?

By **Bill Donahue**

Law360 (October 11, 2019, 6:57 PM EDT) -- Richard Liebowitz, an attorney who has filed more than 1,600 copyright lawsuits over the past four years, is quietly spreading his mass litigation operation from New York to the rest of the country — and judges in those other courts are starting to notice.

While he once sued almost exclusively in New York federal court, more than a third of the whopping 668 copyright lawsuits Liebowitz has filed so far this year were in other federal district courts, according to data compiled by Lex Machina.

As the litigation has spread, the judicial blowback Liebowitz has faced in New York — where one judge **labeled him a "copyright troll"** — appears to be starting to spread, too. Over the past week, courts in North Carolina and California have both come down on him after he filed cases in those venues.

"This judge joins the chorus of those telling this attorney to clean up his act," the North Carolina federal judge wrote.

**Spreading Nationally**

Liebowitz has been filing an eye-popping volume of copyright lawsuits since 2016, mostly against websites and media companies that are alleged to have used photos without permission. The vast majority of the cases end in private settlements, but unlike some others criticized for mass copyright litigation, Liebowitz does **litigate and win cases**.

Until 2018, the Long Island-based attorney filed almost all of those cases in New York, mostly in Manhattan federal court. In 2016, when Liebowitz filed 148 separate copyright lawsuits, all but one were filed in New York. Ditto 2017, when he filed 401 of his 403 cases in the Empire State.

But over the past two years, his operation has begun to spread outward. Last year, when Liebowitz filed 461 cases, 87 were launched outside New York — a large batch in Texas and a few more scattered around the country.

This year, Liebowitz has already filed a whopping 668 cases as of Oct. 10, making him easily the most prolific copyright attorney in the nation. Some context: In recent years, the entire federal court system has typically seen between 4,000 and 5,000 new copyright lawsuits in a given year.

Of the 668 cases filed this year by Liebowitz, 238 of them have been launched in federal courts outside New York — 58 in Texas, 30 in Colorado and 150 more across more than a dozen other states.

**Mounting Criticism**

As Liebowitz filed more and more cases in Manhattan federal court, the judges in that district began to criticize him sharply, about both the volume of cases and how he was litigating them.

In June 2017, U.S. District Judge Lewis A. Kaplan **ordered a Liebowitz client** to repay $120,000 in legal bills stemming from a lawsuit he filed against broadcaster ABC and other news outlets over a viral video, saying "no reasonable lawyer with any familiarity with the law of copyright" should have filed the case.

The order, which pointedly noted that there "may well be justification" for defendants' accusations that the lawsuits were "designed to extort settlements" from them, was a sign of things to come.

In February 2018, U.S. District Judge Denise Cote issued an order that labeled Liebowitz a "known copyright troll." A week later, in a separate case, the judge ordered Liebowitz to pay $10,000 in sanctions. She later reduced the total, but **only on the condition** that he complete a training course in "ethics and professionalism."

After Liebowitz asked Judge Cote to revise her "troll" order and remove what he called a "pejorative stereotype," she **doubled down** in October 2018.

"As evidenced by the astonishing volume of filings coupled with an astonishing rate of voluntary dismissals and quick settlements in Mr. Liebowitz's cases in this district, it is undisputable that Mr. Liebowitz is a copyright troll," the judge wrote.

In July, U.S. District Judge Jesse M. Furman **sanctioned Liebowitz** for "repeated failure" to obey orders in a lawsuit the attorney filed against NBC. In doing so, Judge Furman specifically cited earlier sanctions handed down by other judges in the district.

"In his relatively short career litigating in this district, Richard Liebowitz has earned the dubious distinction of being a regular target of sanctions-related motions and orders," Judge Furman wrote. "Indeed, it is no exaggeration to say that there is a growing body of law in this district devoted to the question of whether and when to impose sanctions on Mr. Liebowitz alone."

"This opinion is the latest contribution to that body of law," Judge Furman wrote.

Last month, Judge Kaplan again **ordered Liebowitz to repay** an opponent's attorney fees, this time in a case over paparazzi photos of the model Emily Ratajkowski. The judge pointed to, among other things, "a pattern of discovery and related abuse [that] rings of deliberate indifference to an attorney's obligation to behave in a professional, responsible and competent manner."

Already this month, U.S. District Judge Valerie E. Caproni has criticized Liebowitz for repeatedly offering "inadequate and wholly unconvincing" explanations for procedural shortcomings, calling his behavior "close to contemptuous."

And more discipline could be on the way, too. Earlier this month, attorneys for the website Vox **made the serious accusation** that Liebowitz forged his client's signature on documents the client, a photographer, didn't even know about. That case is before U.S. District Judge Lorna G. Schofield.

**New Courts, Same Pushback**

With Liebowitz now suing in new courts around the country, judges in those venues appear to be starting to express frustrations similar to those of their colleagues in New York.

In the Eastern District of North Carolina, where Liebowitz has filed nine new copyright lawsuits this year, U.S. District Judge Louise Flanagan **issued an order last week** complaining that three of those cases were riddled with mistakes.

She ordered Liebowitz to fix them quickly — and took the opportunity to note the many critiques lobbed at the attorney by judges in New York. She specifically cited Judge Cote's "copyright troll" label.

"This judge joins the chorus of those telling this attorney to clean up his act," Judge Flanagan wrote. "The dockets of each of the cases assigned to me, wherein this attorney represents a plaintiff, are littered with deficiency notices. This is a harbinger for troubled litigation ahead."

The deficiencies included Liebowitz waiting two months to file a notice of appearance in a case he had filed and failing to observe various electronic filing or local rules. The repeated missteps and a "disregard" for previous warnings about them show a "disrespect for the work of the clerk," Judge Flanagan wrote.

The judge gave Liebowitz until Oct. 10 to correct the problems. On the day of the deadline, Liebowitz filed notices in all three cases saying he had complied with Judge Flanagan's order.

Meanwhile in the Northern District of California, where Liebowitz has filed 20 cases this year, a federal judge **issued an order on Oct. 7** terminating Liebowitz's membership in the bar of that court.

The problem? According to a order to show cause from U.S. District Judge James Donato, Liebowitz is not an active member in good standing of the State Bar of California, a requirement to be a member of the Northern District bar. The judge ordered Liebowitz to explain the situation.

"If you have exercised, or pretended to be entitled to exercise, any of the privileges of membership in the bar of this court when you are not in fact entitled to exercise such privileges, you may additionally be referred to the Standing Committee on Professional Conduct for possible sanctions," Judge Donato wrote.

Liebowitz responded by saying he had obtained "local co-counsel" in the cases he had filed and had requested permission to practice "pro hac vice," the status that allows an out-of-state attorney to practice temporarily. But Judge Donato said the response "does not say anything at all" about the bar issue and was "not sufficient."

"The court consequently orders attorney Richard P. Liebowitz removed from the membership roll of the bar of this court," Judge Donato wrote. "In addition, attorney Liebowitz is ordered to disclose these ... proceedings to any judge in this district before whom Liebowitz has a pending pro hac vice application."

Liebowitz did not respond to requests for comment for this story.

*Law360 is owned by LexisNexis Legal & Professional, a RELX Group company, which owns Lex Machina.*

--Editing by Jill Coffey.

All Content © 2003-2019, Portfolio Media, Inc.