UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF RICHARD P. LIEBOWITZ | Case No. 19-mc-80228-JD<br><br>**ORDER** |

On October 7, 2019, the Court entered an order of disbarment against attorney Richard Liebowitz. Dkt. No. 3. Liebowitz was directed to disclose the order to all judges within this district before whom he has a pending pro hac vice. *Id*.

The Court is concerned that Liebowitz has not complied with the disbarment order. Consequently, he is ordered to file a declaration under penalty of perjury that: (1) identifies all pending cases in this district in which he has appeared as counsel in any capacity; (2) states, for each case, whether he has appeared pro hac vice or as a purported member of the bar of this district; and (3) provides, for each case in which he has had a pro hac vice application pending on or after October 7, 2019, the docket number of the filing that advised the judge of the OSC proceedings.

The declaration must be filed by November 4, 2019. Liebowitz is advised that a failure to file a complete response to this order under penalty of perjury may result in sanctions, including but not limited to a bar on any legal practice in this district, a referral to the district's attorney discipline committee, and potential monetary sanctions.

**IT IS SO ORDERED.**

Dated: October 17, 2019

JAMES DONATO
United States District Judge