UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN THE MATTER OF RICHARD P. LIEBOWITZ

Case No. 19-mc-80228 (JD)

**DECLARATION OF COMPLIANCE**

Richard Liebowitz, Esq. hereby swears under the penalty of perjury as follows:

1. The following chart illustrates: (a) all pending cases in the Northern District of California where I have appeared as counsel; (b) my *pro hac vice* status in each case[1]; (c) the docket # of the filing that advised the presiding judge of the OSC proceeding:

---

[1] I never purported to be a member of the Bar of this District. I simply filed cases using an ECF password with the intent of obtaining local counsel in each case. This is a routine custom and practice in many districts throughout the federal court system.

1309138.v1

|   | Case | Pro Hac Status | Docket # (Notice of OSC) |
|---|------|----------------|--------------------------|
| 1 | *Adlife Marketing & Communications Company, Inc. v. Popsugar Inc.*, 5:19-cv-297 | Listed as counsel of record via transfer of venue, but case handled by California lead counsel | n/a |
| 2 | *Parisienne v. Gatechina, Inc.*, 3:19-cv-4827 | *Pro hac* application granted on 10/4/19 | n/a |
| 3 | *Harbus v. B3 Media, LLC*, 4:19-cv-4829 | *Pro hac* application granted on 10/4/19 | n/a |
| 4 | *Verch v. 121 Silicon Valley, Inc.*, 3:19-cv-5098 | *Pro hac* application granted on 10/4/19 | n/a |
| 5 | *Verch v. Duetto Research, Inc.*, 5:19-cv-5099 | *Pro hac* application filed on 10/2/19 | 13 |
| 6 | *Tabak v. ABS-CBN International*, 4:19-cv-5202 | *Pro hac* application granted on 10/4/19 | n/a |
| 7 | *Seidman v. Shareably Media, LLC*, 5:19-cv-5233 | *Pro hac* application granted on 10/4/19 | n/a |
| 8 | *Westerkamp v. National Association of Social Workers*, 4:19-cv-5423 | *Pro hac* application filed on 10/17/19 | 14-2 |
| 9 | *Santos v. Los Angeles Times Communications LLC*, 3:19-cv-5424 | *Pro hac* application granted on 10/3/19 | n/a |
| 10 | *Zharkov v. 3DBIN, Inc.*, 4:19-cv-5616 | *Pro hac* application granted on 10/30/19 | 9 |
| 11 | *Stokes v. Moby Dick Bar*, 4:19-cv-5743 | *Pro hac* application granted on 10/7/19 | 13 |
| 12 | *Kuhmstedt v. Livingly Media, Inc.*, 4:19-cv-5858 | *Pro hac* application granted on 10/4/19 | n/a |

|    | Case | *Pro Hac Status* | Docket # (Notice of OSC) |
|----|------|------------------|--------------------------|
| 13 | *Johnson v. Historic Railroad Square Association*, 5:19-cv-5859 | *Pro hac* application granted on 10/22/19 | 8 |
| 14 | *Masi v. The Young Turks, Inc.*, 3:19-cv-6099 | *Pro hac* application filed on 10/17/19 | 9-2 |
| 15 | *Zlozower v. Amoeba Music Inc.*, 4:19-cv-4701 | *Pro hac* application granted on 10/3/19 | n/a |
| 16 | *Alvarado v. Mother Jones, LLC*, 4:19-cv-6417 | *Pro hac* application granted on 10/22/19 | 7-2 |
| 17 | *Geerds v. San Francisco Bay View Inc.*, 5:19-cv-6465 | *Pro hac* application filed on 10/17/19 | 6-2 |
| 18 | *Hames v. The Roxie Theater*, 4:19-cv-6499 | *Pro hac* application filed on 10/17/19 | 7-2 |
| 19 | *Paunonen v. VAAS* 4:19-cv-6295 | <u>Venue Transfer</u>: *Pro hac* application filed on 11/4/19 | 14-2 |
|    |      |                  |                          |

Respectfully Submitted:

**/s/richardliebowitz/**

Richard Liebowitz (RL1234)

LIEBOWITZ LAW FIRM, PLLC

11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
rl@LiebowitzLawFirm.com

3