KENNETH M. WEINFIELD, Of Counsel (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Defendant 121 Silicon Valley, Inc.

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>               Plaintiff,<br><br>v.<br><br>121 SILICON VALLEY, INC.,<br><br>               Defendant. | Case No. 19-cv-05098-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |

The motion of defendant 121 Silicon Valley, Inc. for administrative relief initially filed on October 24, 2019 and re-submitted in updated form on November 8, 2019 is pending before this Court. Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The *pro hac vice* status of plaintiff's counsel, Richard Liebowitz, in this matter is hereby revoked;

2. Defendant's waiver of service filed with the Court on September 8, 2019 is hereby rescinded, and service of process is accordingly quashed;

3. All further proceedings in this action shall be stayed until the propriety of Mr. Liebowitz appearance in this matter is adjudicated; and

//

//

4. Mr. Liebowitz shall pay $3,500 in sanctions to defendant for violating the rules of this Court.

IT IS SO ORDERED.

Dated: November __. 2019

                                                              _____
HON. VINCE CHHABRIA