# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

November 12, 2019

**VIA ECF**

Honorable Vince Chhabria
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Marco Verch v. 121 Silicon Valley, Inc.,* 3:19-cv-05098 (VC)

Dear Judge Chhabria:

    We represent Plaintiff Marco Verch in the above-referenced matter. This letter is to advise the Court that pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiff intends to file an amended complaint as of right on or before November 18, 2019 (which is 21 days after Defendant filed its motion to dismiss).

    As a matter of law, Plaintiff's filing of an amended pleading renders Defendant's pending motion to dismiss as moot. *See Patterson v. Ryan*, 2010 WL 4134980, at *2 (D. Ariz. Oct. 13, 2010) (denying a motion to dismiss the original complaint as moot based on the filing of an amended complaint).

                                                  Respectfully Submitted,

                                                  **/richardliebowitz/**
                                                  Richard Liebowitz

                                                  *Counsel for Plaintiff*

