KENNETH M. WEINFIELD, Of Counsel (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Defendant 121 Silicon Valley, Inc.

UNITED STATES DISTRICT COURT CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>              Plaintiff,<br><br>v.<br><br>121 SILICON VALLEY, INC.,<br><br>              Defendant. | Case No. 19-cv-05098-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

    Defendant 121 Silicon Valley, Inc.'s motion to dismiss is presently pending before the Court, and may be renewed following plaintiff Marco Verch's anticipated filing of an amended Complaint. In the interest of judicial economy and avoiding unnecessary expense, the parties through their respective counsel hereby stipulate to continue the Initial Case Management Conference scheduled in this matter on November 20, 2019 to January 29, 2020 at 10:30 a.m.  The parties further stipulate that the Case Management Statement shall be due on January 22, 2020.

IT IS SO STIPULATED.

Dated: November 13, 2019                    LIEBOWITZ LAW FIRM, PLLC

                                                                              /s/
                                            By:_____
                                                Richard P. Liebowitz
                                                Attorneys for Plaintiff
                                                Marco Verch

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated: November 13, 2019                                CHAUVEL & GLATT, LLP

                                                    /s/
                                            By:_____
                                               Kenneth M. Weinfield
                                               Attorneys for Defendant
                                               121 Silicon Valley, Inc.

Good cause appearing, IT IS SO ORDERED.

Dated:  November __, 2019




                                            _____
                                            UNITED STATES DISTRICT JUDGE