UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>121 SILICON VALLEY, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-05098-VC<br><br>**ORDER REVOKING PRO HAC VICE STATUS**<br><br>Re: Dkt. No. 23,25 |

　　　　The motion to revoke the pro hac vice status of Richard Liebowitz, counsel for plaintiff Marco Verch, is granted. Within 14 days, Verch must file on the docket either a notice of substitution of counsel who is permitted to practice in the Northern District of California or a notice indicating that he wishes to represent himself in this case. If neither notice is filed within 14 days, the case will be dismissed without prejudice. If a notice is filed within 14 days, then both sides must appear in-person for a case management conference on December 11, 2019 at 10:00 a.m., with a joint case management statement due on December 4. The case management conference scheduled for Wednesday, November 20, 2019 is vacated.

　　　　**IT IS SO ORDERED.**

Dated: November 18, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge