UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH,<br><br>       Plaintiff,<br><br>   v.<br><br>121 SILICON VALLEY, INC.,<br><br>       Defendant. | Case No. 19-cv-05098-VC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    The case is dismissed without prejudice pursuant to the order issued on November 18, 2019 (Dkt. No. 26).

**IT IS SO ORDERED.**

Dated: December 3, 2019

VINCE CHHABRIA
United States District Judge