AO 121 (Rev. 06/16)  (CAND version 8/18)

| | |
|---|---|
| TO:  **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION ON APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION        ☐ APPEAL        COURT NAME AND LOCATION
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

DOCKET NO:        DATE FILED:
19-cv-05098-VC    8/17/19

PLAINTIFF:                DEFENDANT:
Verch                     121 Silicon Valley, Inc.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | SEE ATTACHED COMPLAINT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED        INCLUDED BY:
                     ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:                WRITTEN OPINION ATTACHED:        DATE RENDERED:
☒ Order    ☐ Judgment         ☐ Yes    ☐ No                    12/03/2019

*Susan Y. Soong*                *Felicia Brown*                 12/03/2019
Susan Y. Soong, Clerk           (by) Deputy Clerk, Felicia Brown    Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy